UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DEEPENDRA BAHADUR CHHETRI,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL
DETENTION FACILITY, et al.,

Respondents.

Case No.:  3:26-cv-1589-CAB-DEB

**ORDER DISMISSING PETITION
WITH LEAVE TO AMEND**

Petitioner Deependra Bahadur Chhetri has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he is unlawfully detained by Immigration and Customs Enforcement ("ICE") at the Imperial Regional Detention Facility.  [*Id*. at 2.]

The Court **DISMISSES** the Petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted.  *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.")  For example, Petitioner alleges that "Petitioner entered the United States though at or near Calexico, California without inspection," [Petition at 10], but does not provide a date for this entrance or any specific details of his

subsequent release or most recent detention leading to this Petition.  Further, Petitioner alleges both that he received a custody redetermination hearing before an immigration judge and was denied bond, *and* that immigration judges are denying custody redetermination hearings based on lack of jurisdiction.  [*Id.* at 11.]

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order.  The First Amended Petition must be complete in itself without reference to the original Petition.  Respondents not named and any claim not re-alleged will be considered waived.  *See* CivLR 15.1(a).

It is **SO ORDERED**.

Dated:  March 13, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge